IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JEREMIAH GRANT NOEL**                                                                          **PLAINTIFF**

VS.                                         **4:22-CV-00206-BRW**

**SUSAN POTTS, Administrator,**
**Drew County Detention Facility; and**
**MARK GOBER, Sheriff, Drew County**                                                    **DEFENDANTS**

## JUDGMENT

Based on the dispositive Order entered today, Plaintiff's claims are dismissed. I certify that an *in forma pauperis* appeal would not be taken in good faith.[1]

IT IS SO AJUDGED this 26th day of April 2022.

                                                                            BILLY ROY WILSON
                                                                   UNITED STATES DISTRICT JUDGE

---

[1] 28 U.S.C. § 1915(a)(3).